COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Karen Williamson v. Balbir Chahal

Appellate case number:   01-21-00622-CV

Trial court case number:  2021-14298

Trial court:             125th District Court of Harris County

The clerk's record was filed on December 6, 2021.  The clerk's record contains a statement of inability to afford payment of court costs filed in the trial court on February 8, 2021.  The record contains no written order determining that appellant is able to afford court costs.  *See* TEX. R. CIV. P. 145(a).

Accordingly, this Court finds that appellant is unable to afford court costs in the appellate court.  *See* TEX. R. APP. P. 20.1(a) (party who filed statement of inability in trial court is not required to pay appellate court costs unless trial court overruled claim of indigence in written order under Texas Rule of Civil Procedure 145).  The Clerk of this Court is directed to deem appellant unable to afford costs on appeal, including the costs for the appellate record and for any filing fees. *See* TEX. R. CIV. P. 145(a); TEX. R. APP. P. 20.1(a).

It is so ORDERED.


Judge's signature: _____Justice Peter Kelly_____
              ☑ Acting individually    ☐ Acting for the Court


Date:   __January 20, 2022____